

PROB 22

Docket No. (Transferring Court) 8:00CR351-1
Docket No. (Receiving Court) _____

**TRANSFER OF JURISDICTION**     CR 08     0054

Name and Address of Probationer/Supervised Releasee:
**Kent E. BUTLER**

District: **Nebraska**                    Division: **Omaha**

Name of Sentencing Judge: The Honorable Joseph F. Bataillon
                          Chief U.S. District Judge

Dates of Probation/Supervised Release -   From: January 23, 2008
                                          To:   January 22, 2013

Offense:  Conspiracy to Possess with Intent to Distribute More than 5 Kilograms of Cocaine
          21 U.S.C. 841(a)(1) and 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_1/31/08_                               _/s/ J. F. Bataillon_
Date                                    The Honorable Joseph F. Bataillon
                                        Chief U.S. District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB  6 2008                             _/s/ Jeffrey S. White_
Effective Date                          United States District Judge