MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENT BUTLER,<br><br>    Defendant. | No. CR 08-00054 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING<br>FROM MAY 10 TO ~~MAY 24, 2011~~<br>May 31, 2011 |

    This matter is currently set for sentencing on the pending supervised release violation on Tuesday, May 10, 2011. By this stipulation, the parties seek to continue the sentencing hearing from May 10, 2011 to May 24, 2011

    Counsel for the United States commenced trial in <u>United States v. Ginger Daniels</u>, CR No. 10-0054 JSW on May 2, 2011. Trial in that matter is expected to continue through May 10, 2011. To avoid a scheduling conflict with the sentencing hearing in the above-captioned matter,

//

//

//

CR 08-00054 JW
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

1

the parties now seek to continue the sentencing hearing until May 24, 2011, a date on which counsel for the United States, counsel for the Defendant, and the Probation Officer, will all be available.

DATED: May 9, 2011                    Respectfully submitted,

                                          MELINDA HAAG
                                        United States Attorney

                                        /s/
                                        TRACIE L. BROWN
                                        Assistant United States Attorney

DATED: May 9, 2011                              /s/
                                        ELIZABETH FALK
                                        Counsel for the Defendant

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the currently-set sentencing hearing date of May 10, 2011 shall be continued to May 31, 2011.

DATED: May 10, 2011

                                        HONORABLE JAMES WARE
                                        United States District Chief Judge